IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CHRISTOPHER BATTLE, | * |
| Plaintiff, | * |
| v. | Case No. 7:20-cv-106(WLS) |
| | * |
| SHAWN EMMONS, et al., | |
| | * |
| Defendants. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated September 30, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 30th day of September 2022.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk